IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 1:05cv586-ID |
| ) | WO |
| TERRY HALL DAVIS ) | |

**ORDER**

On June 27, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that said Recommendation be and the same is hereby ADOPTED and that the motion to vacate pursuant to 28 U.S.C. § 2255 be and the same is hereby DENIED, as Davis has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing the court to consider a successive § 2255 motion.

DONE this 18th day of July, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE