IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv586-ID |
| | ) | WO |
| TERRY HALL DAVIS | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the United States of America and against Terry Hall Davis and that this action be and the same is hereby DISMISSED.

DONE this 18th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE