IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv586-ID |
| | ) | WO |
| TERRY HALL DAVIS | ) | |

**ORDER**

Upon careful CONSIDERATION of Davis's Objections to the Recommendation of the Magistrate Judge, which the court deems timely filed,[1] it is ORDERED that said Objections be and the same are hereby OVERRULED.

An amended judgment in accordance with this Order shall be entered separately.

DONE this 20th day of July, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Although Davis's Objection is date stamped "received" on July 18, 2005, under the "mailbox rule," the court deems it filed on the date he delivered it to prison authorities for mailing, presumptively, July 12, 2005, the date he signed the Objections. See Houston v. Lack, 487 U.S. 266, 271-72 (1988); Washington v. United States, 243 F.3d 1299, 1301 (11th Cir. 2001).