IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv586-ID |
| | ) | WO |
| TERRY HALL DAVIS | ) | |

**ORDER**

Upon CONSIDERATION of Terry Hall Davis' *pro se* motion to reconsider the court's order entered July 20, 2005, and having carefully considered the arguments therein, it is ORDERED that said motion be and the same is hereby DENIED.

DONE this 10th day of August, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE